Mark E. Merin (State Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A. and D.A., as minors, by and through their Guardian Ad Litem, Jessica Arriaga; E.C., a minor, by and through his Guardian Ad Litem, Victoria Camargo; G.C. and V.M., as minors, by and through their Guardian Ad Litem, Karen Casillas; CHAO CHANG; J.G., a minor, by and through his Guardian Ad Litem, Patricia Gentle; J.M., a minor, by and through her Guardian Ad Litem, Christina Virgen;  ANG.R.B. and ANT.R.B., as minors, by and through their Guardian Ad Litem, Lisa Romero; D.S., a minor, by and through her Guardian Ad Litem, Arthur Aleman; C.S., a minor, by and through his Guardian Ad Litem, Cynthia Salazar; PARENT TEACHER ASSOCIATION OF JOSEPH BONNHEIM ELEMENTARY SCHOOL, an unincorporated association; and PARENT TEACHER ASSOCIATION OF CLAYTON B. WIRE ELEMENTARY SCHOOL, an unincorporated association; PARENT TEACHER ORGANIZATION OF MAPLE ELEMENTARY SCHOOL, an unincorporated association,<br><br>                    Plaintiffs,<br>vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; JONATHAN RAYMOND, in his official capacity as Superintendent of the Sacramento City Unified School District; JEFF CUNEO, in his official capacity as President of the Board of Education of the Sacramento City Unified School District; PATRICK KENNEDY, in his official capacity as Vice President of the Board of Education of the Sacramento City Unified School District; DARREL WOO, in his official capacity as Second Vice President of the Board of Education of the Sacramento City Unified School District; JAY HANSEN, in his official capacity as a Member of the Board of Education of the Sacramento City Unified School District; DOES 1 through 100,<br><br>                    Defendants. | Case No.  2:13-CV-1167 KJM EFB<br><br>**PLAINTIFF A.A.'S PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM JESSICA ARRIAGA** |

Petitioner, A.A., states as follows:

1. I am a minor of the age of 11 years.

2. I have concurrently filed an action in this Court against the named defendants for their, and each of their, involvement in an incident in January and February 2013, which resulted in the violation of my federal and state constitutional and statutory rights to be free from discrimination and entitlement to due process of the law.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Jessica Arriaga, my mother, is a competent and responsible person, and fully competent to act as my guardian ad litem in this matter.

5. Jessica Arriaga is willing to act as guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves this Court for an order appointing Jessica Arriaga as guardian ad litem of Petitioner for the purpose of bringing this action against the named defendants and, each of them, on the claims described herein.

DATED: June 10, 2013                    Respectfully Submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                              /s/ "Mark E. Merin"
                                        By:_____
                                              Mark E. Merin (State Bar No. 043849)

                                        Attorney for Petitioner


**CONSENT OF NOMINEE**

I, Jessica Arriaga, the nominee of the Petitioner, consent to act as guardian ad litem for the minor Petitioner in the above action.

DATED: June 6, 2013             /s/ "Jessica Arriaga"
                                _____
                                Jessica Arriaga

## **ORDER**

The petition for an order appointing Jessica Arriaga as guardian ad litem for Petitioner A.A. is GRANTED.

IT IS SO ORDERED.

DATED: June 12, 2013.

_____
UNITED STATES DISTRICT JUDGE