1  Mark E. Merin (State Bar No. 043849)
   **LAW OFFICE OF MARK E. MERIN**
2  1010 F Street, Suite 300
   Sacramento, California 95814
3  Telephone:     (916) 443-6911
   Facsimile:     (916) 447-8336
4  E-Mail:        mark@markmerin.com

5  Attorney for Plaintiffs

6                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
7

8  A.A. and D.A., as minors, by and through their      Case No.  2:13-CV-1167 KJM EFB
   Guardian Ad Litem, Jessica Arriaga; E.C., a minor,
9  by and through his Guardian Ad Litem, Victoria       **PLAINTIFF A.A.'S PETITION AND ORDER**
   Camargo; G.C. and V.M., as minors, by and           **FOR APPOINTMENT OF GUARDIAN AD**
10 through their Guardian Ad Litem, Karen Casillas;    **LITEM JESSICA ARRIAGA**
   CHAO CHANG; J.G., a minor, by and through his
11 Guardian Ad Litem, Patricia Gentle; J.M., a minor,
   by and through her Guardian Ad Litem, Christina
12 Virgen;  ANG.R.B. and ANT.R.B., as minors, by
   and through their Guardian Ad Litem, Lisa
13 Romero; D.S., a minor, by and through her
   Guardian Ad Litem, Arthur Aleman; C.S., a minor,
14 by and through his Guardian Ad Litem, Cynthia
   Salazar; PARENT TEACHER ASSOCIATION OF
15 JOSEPH BONNHEIM ELEMENTARY SCHOOL,
   an unincorporated association; and PARENT
16 TEACHER ASSOCIATION OF CLAYTON B.
   WIRE ELEMENTARY SCHOOL, an
17 unincorporated association; PARENT TEACHER
   ORGANIZATION OF MAPLE ELEMENTARY
18 SCHOOL, an unincorporated association,

                            Plaintiffs,
19 vs.

20 SACRAMENTO CITY UNIFIED SCHOOL
   DISTRICT; JONATHAN RAYMOND, in his
21 official capacity as Superintendent of the
   Sacramento City Unified School District; JEFF
22 CUNEO, in his official capacity as President of the
   Board of Education of the Sacramento City Unified
23 School District; PATRICK KENNEDY, in his
   official capacity as Vice President of the Board of
24 Education of the Sacramento City Unified School
   District; DARREL WOO, in his official capacity as
25 Second Vice President of the Board of Education of
   the Sacramento City Unified School District; JAY
26 HANSEN, in his official capacity as a Member of
   the Board of Education of the Sacramento City
27 Unified School District; DOES 1 through 100,
                            Defendants.
28

Petitioner, A.A., states as follows:

1. I am a minor of the age of 11 years.

2. I have concurrently filed an action in this Court against the named defendants for their, and each of their, involvement in an incident in January and February 2013, which resulted in the violation of my federal and state constitutional and statutory rights to be free from discrimination and entitlement to due process of the law.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Jessica Arriaga, my mother, is a competent and responsible person, and fully competent to act as my guardian ad litem in this matter.

5. Jessica Arriaga is willing to act as guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves this Court for an order appointing Jessica Arriaga as guardian ad litem of Petitioner for the purpose of bringing this action against the named defendants and, each of them, on the claims described herein.

DATED: June 10, 2013                    Respectfully Submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                              /s/ "Mark E. Merin"
                                        By:_____
                                            Mark E. Merin (State Bar No. 043849)

                                        Attorney for Petitioner


**CONSENT OF NOMINEE**

I, Jessica Arriaga, the nominee of the Petitioner, consent to act as guardian ad litem for the minor Petitioner in the above action.

DATED: June 6, 2013            /s/ "Jessica Arriaga"
                               _____
                               Jessica Arriaga

## **ORDER**

The petition for an order appointing Jessica Arriaga as guardian ad litem for Petitioner A.A. is GRANTED.

IT IS SO ORDERED.

DATED: June 12, 2013.

_____
UNITED STATES DISTRICT JUDGE