Mark E. Merin (State Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:      (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:          mark@markmerin.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.A. and D.A., as minors, by and through their
Guardian Ad Litem, Jessica Arriaga; E.C., a minor,
by and through his Guardian Ad Litem, Victoria
Camargo; G.C. and V.M., as minors, by and
through their Guardian Ad Litem, Karen Casillas;
CHAO CHANG; J.G., a minor, by and through his
Guardian Ad Litem, Patricia Gentle; J.M., a minor,
by and through her Guardian Ad Litem, Christina
Virgen;  ANG.R.B. and ANT.R.B., as minors, by
and through their Guardian Ad Litem, Lisa
Romero; D.S., a minor, by and through her
Guardian Ad Litem, Arthur Aleman; C.S., a minor,
by and through his Guardian Ad Litem, Cynthia
Salazar; PARENT TEACHER ASSOCIATION OF
JOSEPH BONNHEIM ELEMENTARY SCHOOL,
an unincorporated association; and PARENT
TEACHER ASSOCIATION OF CLAYTON B.
WIRE ELEMENTARY SCHOOL, an
unincorporated association; PARENT TEACHER
ORGANIZATION OF MAPLE ELEMENTARY
SCHOOL, an unincorporated association,

                            Plaintiffs,

vs.

SACRAMENTO CITY UNIFIED SCHOOL
DISTRICT; JONATHAN RAYMOND, in his
official capacity as Superintendent of the
Sacramento City Unified School District; JEFF
CUNEO, in his official capacity as President of the
Board of Education of the Sacramento City Unified
School District; PATRICK KENNEDY, in his
official capacity as Vice President of the Board of
Education of the Sacramento City Unified School
District; DARREL WOO, in his official capacity as
Second Vice President of the Board of Education of
the Sacramento City Unified School District; JAY
HANSEN, in his official capacity as a Member of
the Board of Education of the Sacramento City
Unified School District; DOES 1 through 100,

                            Defendants.

Case No. 2:13-CV-1167 KJM EFB

**PLAINTIFF J.G.'S PETITION AND ORDER
FOR APPOINTMENT OF GUARDIAN AD
LITEM PATRICIA GENTLE**

Petitioner, J.G., states as follows:

1.       I am a minor of the age of seven years.

2.       I have concurrently filed an action in this Court against the named defendants for their, and each of their, involvement in an incident in January and February 2013, which resulted in the violation of my federal and state constitutional and statutory rights to be free from discrimination and entitlement to due process of the law.

3.       I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.       Patricia Gentle, my mother, is a competent and responsible person, and fully competent to act as my guardian ad litem in this matter.

5.       Patricia Gentle is willing to act as guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves this Court for an order appointing Patricia Gentle as guardian ad litem of Petitioner for the purpose of bringing this action against the named defendants and, each of them, on the claims described herein.

DATED: June 10, 2013                    Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

/s/ "Mark E. Merin"
By:_____
Mark E. Merin (State Bar No. 043849)

Attorney for Petitioner

### CONSENT OF NOMINEE

I, Patricia Gentle, the nominee of the Petitioner, consent to act as guardian ad litem for the minor Petitioner in the above action.

DATED: June 4, 2013              /s/ "Patricia Gentle"
_____
Patricia Gentle

## **ORDER**

The petition for an order appointing Patricia Gentle as guardian ad litem for Petitioner J.G. is GRANTED.

IT IS SO ORDERED.

DATED:  June 12, 2013.

UNITED STATES DISTRICT JUDGE